**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: ADOPTION OF J.R.K.   : No. 5 WAL 2017
                            :
                            :
PETITION OF: J.K., FATHER   : Petition for Allowance of Appeal from
                            : the Order of the Superior Court


## ORDER


**PER CURIAM**

     **AND NOW**, this 1st day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.